FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOORE, | NO. CV 11-4197-VAP(E) |
|     Petitioner, | |
| v. | JUDGMENT |
| MIKE McDONALD, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 8, 2011.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE